IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CV 24–10–BU–DWM |
| Plaintiff, | |
| v. | ORDER |
| MOUNTAIN HIGH HOLDINGS, LLC, d.b.a. THE DIAMOND SPORTS BAR & CASINO, and BECKY HARMALA, | |
| Defendants. | |

On February 12, 2024, Joe Hand Promotions, Inc. ("Joe Hand Promotions")
filed a complaint against Mountain High Holdings, doing business as the Diamond
Sports Bar and Casino and Becky Harmala (collectively, "Defendants") under the
Communications Act of 1934, as amended, 47 U.S.C. §§ 553 and 605.
Defendants' answer was due on May 23, 2024. Fed. R. Civ. P. 81(c)(2)(C).
However, Defendants have yet to file a responsive pleading. Accordingly,

IT IS ORDERED that Joe Hand Promotions shall seek default against
Defendants or show cause why default would not be appropriate within ten (10)
days of the date of this Order. *See* Fed. R. Civ. P. 55(a). The failure to do so will

1

result in the dismissal of its claim against Defendants for failure to prosecute.

*See* Fed. R. Civ. P. 41(b).

DATED this _____ day of June, 2024.

_____

Donald W. Molloy, District Judge
United States District Court