IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOUNTAIN HIGH HOLDINGS, LLC, d.b.a. THE DIAMOND SPORTS BAR & CASINO, and BECKY HARMALA, <br><br> Defendants. | CV 24–10–BU–DWM <br><br><br> ORDER |

On June 28, 2024, this case was stayed for 45 days to accommodate ongoing settlement negotiations. (Doc. 7.) The Stay Order provided that failure to resolve the case before the stay expires will result in the dismissal of Plaintiff's claim against Defendants for failure to prosecute under Fed. R. Civ. P. 41(b). (*Id.*) On August 12, 2024, the stay was lifted, with nothing having been filed by either party.

IT IS ORDERED that the above-captioned cause is DISMISSED. The Clerk is directed to dismiss this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

DATED this 15th day of August, 2024.

Donald W. Molloy, District Judge
United States District Court